UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-2996 AG | Date | April 9, 2012 |
|---|---|---|---|
| Title | CHARLES JEANNEL v. INDEPENDENCE BANK | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   **[IN CHAMBERS] ORDER DENYING EMERGENCY MOTION**

Late in the afternoon of April 9, 2012, the Court received what purports to be an "Emergency Motion for Stay Pending Appeal" ("Emergency Motion"). A title page was accompanied by a mass of other documents, filed in four separate docket entries, without explanation. (Dkt Nos. 6-9.) For many reasons, the filing provides inadequate support for the requested relief. *See, e.g., Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995) (finding that "ex Parte motions are rarely justified"); *Fuentes v. Shevin*, 407 U.S. 67, 80-82 (1972) (due process requires that affected parties "are entitled to be heard" following "meaningful" notice, except in "extraordinary situations"); *Sniadach v. Family Fin. Corp. of Bay View*, 395 U.S. 337, 339-40 (1969) ("the right to be heard has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest").

The Emergency Motion is DENIED.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |